

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. WR-96,377-01

### IN RE ALFREDO GARZA, Relator

### ON PETITION FOR A WRIT OF MANDAMUS
### IN CAUSE NO. 019095 IN THE 506TH DISTRICT COURT
### FROM GRIMES COUNTY

*Per curiam.*

### OPINION

Relator has filed a motion for leave to file a writ of mandamus pursuant to the original jurisdiction of this Court. He requests that this Court order the district court to vacate its order which granted the State's motion to disqualify retained defense counsel, Cailey McLain.

On February 26, 2025, this Court held this application in abeyance and ordered the Honorable Gary Chaney to respond. Judge Chaney stated that McLain's prior representation of a State's witness in a different criminal matter was a conflict of interest such that she would be unable to

represent Relator in this case.  We have previously held that a defense lawyer's prior representation of a jailhouse informant in an unrelated case does not create such a conflict which would overcome a defendant's Sixth Amendment right to counsel of choice.  *Bowen v. Carnes*, 343 S.W.3d 805 (Tex. Crim. App. 2011).

We therefore conditionally grant mandamus relief and direct the Respondent to vacate his order removing McLain from Relator's case.  The writ of mandamus will issue only in the event the Respondent fails to comply within thirty days of the date of this opinion.

Filed: August 20, 2025
Do not publish